

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00166-CV

Bernardino **FRAUSTO**,
Appellant

v.

**RC INDUSTRIES LLC**,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 17-09-00301CVF
Honorable Donna S. Rayes, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. We ORDER that appellee recover all costs it incurred related to this appeal.

SIGNED April 22, 2020.

_____
Luz Elena D. Chapa, Justice